■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MYERS, Appellant. (Appeal No. 2.) [928 NYS2d 485]—

Same memorandum as in *People v Myers* (87 AD3d 826 [2011]). Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.